**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10550 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-02265-JAT |
| v. | |
| KOY KAYON WILLIAMS, a.k.a. Jerad G. Anderson, a.k.a. Trevor Anderson, a.k.a. Chadwick Lamar Myers, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
James A. Teilborg, District Judge, Presiding

Submitted June 25, 2014[**]

Before:     HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

Koy Kayon Williams appeals from the district court's judgment and

challenges his guilty-plea conviction and 135-month sentence for conspiracy to

possess with intent to distribute marijuana, in violation of 21 U.S.C. §§ 841(a)(1),

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(b)(1)(C), and 846. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Williams's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Williams the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Williams has waived the right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). The appeal is, accordingly, dismissed. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**